UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EL CONQUISTADOR PARTNERSHIP L.P., S.E., *et al.*, :
:
Plaintiffs, :
:   24 Civ. 7722 (JPC)
-v- :
:   ORDER
:
ROYALE BLUE HOSPITALITY, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant's November 26, 2024 letter reporting that the parties have settled this matter and requesting that the Court remand this case to state court so that the parties can submit appropriate filings noting settlement. Dkt. 11. The Court construes Defendant's letter as a motion for remand and grants the motion. This matter is hereby remanded to the Supreme Court of the State of New York, County of New York.

The Clerk of Court is respectfully directed to close this case and to effectuate the remand to the Supreme Court of New York for New York County.

SO ORDERED.

Dated: November 27, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge